**United States Bankruptcy Court**
**District of South Dakota**

IN RE:                                                                 Case No. _____

**Johnson, Kathy Marie**_____   Chapter **7**_____
                              Debtor(s)

## DISCLOSURE OF COMPENSATION

1. Pursuant to 11 U.S.C. § 329(a), Fed.R.Bankr.P. 2016(b), and LBR 2016-1(a), I declare that within one year of the filing of the petition herein I have been paid the following compensation by Debtor for services rendered or to be rendered in contemplation of or in connection with the case.

|   |   |   |
|---|---|---|
| (a) Legal Fees: | $ | **1,250.00** |
| (b) Sales Tax, Filing Fee, Other Costs: | + $ | **440.00** |
| (c) Total: | = $ | **1,690.00** |
| (d) I have received: | - $ | **1,400.00** |
| (e) I am still owed: | = $ | **290.00** |

2. In return for the compensation set forth in ¶ 1(c) above, I have rendered or have agreed to render the following legal services (check all that apply):

- ✓ analyzing the debtor's financial situation and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
- ✓ preparing and filing the debtor's petition, schedules, and statement of financial affairs; and
- ✓ representing the debtor at the meeting of creditors.

3. I have not shared or agreed to share my fees with anyone who is not a member or an associate of my law firm.

Dated: **October 20, 2011**_____     /s/ **Thomas A. Blake**_____

                                                                                **Thomas A. Blake**
                                                                                **Blake Law Office**
                                                                                **505 W 9th Ste 201**
                                                                                **Sioux Falls, SD  57104-3603**
                                                                                **(605) 336-1216  Fax: (605) 275-4166**
                                                                                **bky.tomfiling@midconetwork.com**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only